EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Xavier Alers Morales | 2019 TSPR 135<br><br>202 DPR \_\_\_\_\_ |

Número del Caso:  TS-16,184


Fecha:  31 de julio de 2019


Abogado de la parte peticionaria:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Xavier Alers Morales                    **Núm.** TS-16,184

## RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de julio de 2019.

Examinada la *Moción para solicitar la reinstalación al ejercicio de la abogacía y la notaría* presentada por el Sr. Xavier Alers Morales, se reinstala únicamente al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Se apercibe al Lcdo. Xavier Alers Morales que con su reinstalación a la abogacía se reactiva la Querella Núm. CP-2018-0016 radicada en su contra por la Oficina del Procurador General.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres hace constar la siguiente expresión:

> "El Juez Asociado señor Martínez Torres proveería no ha lugar en esta etapa, y no consideraría ninguna solicitud de reinstalación hasta que el señor Alers Morales se someta a nuestra jurisdicción y se adjudiquen los méritos de la queja pendiente CP-2018-16. Esto protegería al interés público, dándole al solicitante a

reinstalación el mismo trato que a quien solicita admisión y tiene un asunto ético pendiente."

La Jueza Asociada señora Pabón Charneco no intervino.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo